UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
REINALDO BREVE

CASE NO. 05-19384

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*U.S. BANKRUPTCY COURT*
*SO. DISTRICT OF FLORIDA-Miami*
*SEP 23 2011*
*FILED_____ RECEIVED_____*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 202.15 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 9-22-11

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

REINALDO BREVE  
1251 NE 108 ST #422  
MIAMI, FL 33161

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 447  
MIAMI, FL 33126

CHASE BANK, USA, NA  
CIRCUIT CITY PRIVATE LABEL  
POB 100018  
KENNESAW, GA 30156-9104

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   05-19384-BKC-AJC
REINALDO BREVE


CHAPTER 13


REINALDO BREVE

1251 NE 108 ST #422
MIAMI, FL 33161


MARY REYES, ESQ.
782 NW 42 AVE
SUITE 447
MIAMI, FL 33126

CHASE BANK, USA, NA          ---------$        202.15
CIRCUIT CITY PRIVATE LABEL
POB 100018                                  UNDELIVERABLE/STALE
KENNESAW, GA 30156-9104                     CLAIM REGISTER# 4

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130